

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-18-00037-CV

**IN THE INTEREST OF N.A.S., JR.**, B.R.S., and R.C.S., Children

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CV-14-0000351
Honorable M. Rex Emerson, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
                Karen Angelini, Justice
                Marialyn Barnard, Justice

Delivered and Filed:  March 21, 2018

DISMISSED

Appellant has filed a motion to dismiss this appeal.  The motion contains a certificate of service to appellee, who has not opposed the motion.  Therefore, we grant the motion and dismiss the appeal.  *See* TEX. R. APP. P. 42.1(a)(1).  Costs of the appeal are taxed against appellant.

PER CURIAM